1018

PETE'S TOWING SERVICE, *Appellant*, v.
LESTER MCCANTS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-14242-2, LeRoy McCullough, J., entered April 5, 1995. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v.
JASON W. BERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-00129-9, Mary W. Brucker, J., entered April 6, 1996. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v.
RICHARD LEE APARIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-08388-7, Marilyn R. Sellers, J., entered May 15, 1995. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v.
DANIEL PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-01871-0, Maurice Epstein, Commissioner, entered June 7, 1995. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy, A.C.J., and Grosse, J.